UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-217-PMP (PAL) |
| BOYAN GUEORGUIEV, | ) | |
| Defendant. | ) | |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on June 21, 2011, defendant BOYAN GUEORGUIEV pled guilty to Count One of a Thirty-Two-Count Superseding Criminal Indictment charging him with Title 18, United States Code, Section 371, conspiracy to receive, possess, and conceal unlawfully converted property of the value of $5,000.00 or more, which crossed a State boundary; Title 18, United States Code, Section 2315, transporting in interstate commerce property of the value of $5,000.00 or more, which was taken by fraud in violation of Title 18, United States Code, Section 2314, and to transmit interstate wire communications in furtherance and execution of a scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

This Court finds defendant BOYAN GUEORGUIEV agreed to the forfeiture of the property set forth in Forfeiture Allegations of the Superseding Criminal Indictment.

. . .

. . .

. . .

1   This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Superseding Criminal Indictment and the offense to which defendant BOYAN GUEORGUIEV pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Sections 981(a)(1)(C), and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Sections 1343, 2314, 2315, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B); Title 18, United States Code, Section 371; and Title 21, United States Code, Section 853(p):

1. 2008 Black, Subaru Tribeca, VIN:4S4WX90D684411321;
2. 2008 Tracker Pro 170 boat, VIN: BUJ01971E708;
3. 2008 Black, Trailstar Boat Trailer, VIN: 4TM11GE188B001374;
4. 2008 Silver, Audi A3 VIN: WAUKD78P68A145019;
5. 2008 Silver, Subaru Impreza Outback Wagon, VIN: JF1GH63678H823361;
6. 2008 White, Mercedes Benz S550, VIN: WDDNG71X78A187996;
7. 2008 White and Black, Sea Ray boat, VIN: SERV4654A808;
8. 2008 Black, Shorelander Boat Trailer, VIN: 1MDASNY278A408389;
9. 2008 Silver, Audi A4, VIN: WAUAF78E98A114156;
10. 2007 Silver, Volvo S60, VIN: YV1RS592572638224; and
11. 2008 White, Hyundai Accent, VIN: KMHCN46C48U237243.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

. . .

. . .

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of BOYAN GUEORGUIEV in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

    DANIEL G. BOGDEN
    United States Attorney
    Nevada State Bar No. 2137
    MICHAEL A. HUMPHREYS
    Assistant United States Attorney
    Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
    Las Vegas, Nevada 89101
    Telephone: (702) 388-6336
    Facsimile: (702) 388-6787

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
2  need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
3  following publication of notice of seizure and intent to administratively forfeit the above-described
4  property.

5  DATED this 21st day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE