**FILED**

MAR 3 0 2012

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-217-PMP (PAL) |
| ) | |
| BOYAN GUEORGUIEV, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

This Court found on March 30, 2012, that BOYAN GUEORGUIEV shall pay a criminal forfeiture money judgment of $1,072,297.64 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Sections 1343, 2314, and 2315, specified unlawful activities as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B); Title 18, United States Code, Section 371; and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from BOYAN GUEORGUIEV a criminal forfeiture money judgment in the amount of $1,072,297.64 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B);Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Sections 1343, 2314, and 2315, specified unlawful activities as defined in Title 18, United States Code, Sections

1956(c)(7)(A) and 1961(1)(B); Title 18, United States Code, Section 371; and Title 21, United States Code, Section 853(p).

DATED this 30 day of Mar, 2012.

_____
UNITED STATES DISTRICT JUDGE